

# THE ATTORNEY GENERAL
## OF TEXAS

**GERALD C. MANN**

ATTORNEY GENERAL

AUSTIN 11, TEXAS    February 23, 1939

Hon. Tom F. Coleman, Jr.          Opinion No. O-327
County Attorney                   Re: Increase in deputy's salary
Angelina County                   and approval by auditor where
Lufkin, Texas                     not provided for in budget.

Dear Sir:

        We acknowledge receipt of your letter of February
9th and wish to thank you for the enclosure thereto attached.

        Originally, you submitted two questions for our opin-
ion but we note from the letter and copy of an order of the
Commissioners' Court attached that the question of the new Com-
missioners' Court's refusal to approve the raise in salary of
the chief deputy county clerk voted to begin January 1, 1939
and made by order prior thereto, has become moot in that said
salary increase appears to have been approved and acted upon.

        No doubt, the question still has a bearing on the
matter now up for consideration in your county and which we
believe is covered by the following question taken from the
facts submitted:

        "Where the Commissioners' Court votes an
        approval of, or raises the salary of the county
        clerk's chief deputy in January and refuses to
        change the budget to take care of this increase
        in salary, should the county auditor refuse to
        issue a warrant to cover same?"

        We respectfully call your attention to an opinion,
No. O-07, written by this Department, dated January 6, 1939,
and addressed to Hon. J. D. Looney, County Auditor, Boston,
Texas, a copy of which is hereto attached.

        In view of the above opinion as it might apply to
your problem, it is the opinion of this Department that only
in cases where the finances of the county clearly will not
permit and the auditor has legal grounds upon which to base
his refusal to pay such increase voted in a deputy's salary

outside the limits as fixed in the budget would the auditor be authorized to refuse such payment.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By /s/ Wm. J. R. King

Wm. J. R. King, Assistant

WmK:AW:wb

ENCLOSURE

APPROVED:
/s/ Gerald C. Mann
ATTORNEY GENERAL OF TEXAS